UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

                              Plaintiff,

-against-

SECRETARY ALEJANDRO MAYORKAS,

                              Defendant.

23-CV-08955 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring this case for mediation. Dkt. No. 7. Plaintiff and counsel for Defendant must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    The Clerk of Court is respectfully directed to email a copy of this Notice of Reassignment to Plaintiff.

Dated: March 11, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge