USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

      Plaintiff,

-against-

SECRETARY ALEJANDRO MAYORKAS,

      Defendant.

23-CV-08955 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

  The Defendant in this case has filed a "motion for a more definite statement" under Rule 12(e) of the Federal Rules of Civil Procedure, in which Defendant claims that the current Complaint does not contain sufficient detail for the Defendant to understand and respond to Plaintiff's allegations. In accordance with Rule III(E) of the Court's Individual Rules & Practices, the Plaintiff may, by **April 24, 2024**, either (1) file an amended Complaint that addresses the issues raised in the Defendant's motion, or (2) file a response to the motion.

  If the Plaintiff amends the Complaint, the Defendant must, within 14 days after service of the amended Complaint, either (1) answer; (2) file a new or supplemental motion to dismiss; or (3) submit a letter on ECF stating that the Defendant is relying on the previously filed motion to dismiss.

  Plaintiff is reminded that the New York Legal Assistance Group offers a clinic to assist those litigants who are representing themselves. The clinic can be reached at 212-659-6190 or on-line at nysd.uscourts.gov/attorney/legal-assistance.

Dated: March 26, 2024
    New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge