USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

                Plaintiff,

-against-

SEC. ALEJANDRO MAYORKAS,

                Defendant.

23-CV-08955 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Plaintiff filed an amended complaint on May 24, 2024. In accordance with Rule II(B)(6) of the Court's Individual Rules & Practices, by **June 12, 2024**, the Defendant, who had previously filed a motion for a more definite statement, *see* Dkt. No. 15, must either (1) answer or otherwise respond to the amended complaint; (2) file a new or supplemental motion for a more definite statement; or (3) file a letter stating that the Defendant relies on the previously filed motion for a more definite statement.

      If the Defendant chooses to file a new motion for a more definite statement, the Defendant must withdraw the previous motion. If the Defendant chooses to supplement the previous motion, the Defendant may do so in a filing not to exceed five pages.

Dated: May 30, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge