```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 6/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUSEYI ADENIJI,

                    Plaintiff,

        -against-

SEC. ALEJANDRO MAYORKAS,

                    Defendant.

23-CV-08955 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

        The Defendant in this action previously moved for a more definite statement.  *See* Dkt. No. 15.  The Plaintiff subsequently amended the complaint, *see* Dkt. No. 21, and the Defendant answered the amended complaint.  *See* Dkt. No. 24.  Accordingly, the Defendant's previous motion for a more definite statement is DENIED as moot.  The Clerk of Court is directed to terminate Dkt. No. 15.

Dated: June 13, 2024
        New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge